UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2020___

ALLEN TURNER,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

18 Civ. 9988 (AT) (SN)

**ORDER ADOPTING REPORT AND <u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 62, of the Honorable Sarah Netburn, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court, therefore, ADOPTS the R&R in its entirety.

    Accordingly, Defendants' motion to dismiss the claims against the City of New York is DENIED. Defendants' motion to dismiss the claims against Dr. Muhammad Zaman, John Doe #2, John Doe #3, New York City and Hospitals Corp., and Dr. Michael Tanner is GRANTED.

    The Clerk of Court is directed to terminate Defendants' motions at ECF Nos. 24 and 33, and to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 29, 2020
       New York, New York

                            ANALISA TORRES
                            United States District Judge