USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALLEN TURNER,

              **Plaintiff,**

-against-

THE CITY OF NEW YORK, et al.,

              **Defendants.**

-------------------------------------------------------------X

18-CV-09988 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the initial conference scheduled for Wednesday, March 25, 2020, at 11:30 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 16, 2020
                New York, New York