```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALLEN TURNER,

                                **Plaintiff,**                                    18-CV-09988 (AT)(SN)

            -against-                                                    <u>ORDER</u>

THE CITY OF NEW YORK, et al.,

                                **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant's May 7, 2020 letter, ECF No. 72, informed the Court that the parties had reached a settlement. By June 25, 2020, the parties are directed to file a stipulation of settlement or status letter regarding the settlement of this case. A copy of this Order will be sent to Plaintiff by Chambers.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       June 11, 2020
                 New York, New York